UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>v. )<br>)<br>$55,000 IN UNITED STATES )<br>CURRENCY, )<br>        Defendant. )<br>) | Civil Action No. 09CA10113PBS |

### ANSWER OF BOUCHRA ABOUYASSINE ON BEHALF OF $55,000 IN UNITED STATES CURRENCY

NOW COMES Bouchra Abouyassine and answers the Verified Complaint for Forfeiture *In Rem*, as follows:

1. This paragraph states conclusions of law that do not require a response.

2. Admitted.

3. Denied.

4. Denied.

WHEREFORE, Bouchra Abouyassine prays that this Honorable Court enter the following relief:

1) That the Court dismiss the Complaint with prejudice;

2) That the Court award Bouchra Abouyassine the subject funds, with interest;

3) That the Court award Bouchra Abouyassine her costs of suit, including reasonable attorneys' fees; and

4) That the Court award such other and further relief as it deems just and proper.

**THE DEFENDANT RESPECTFULLY DEMANDS A TRIAL BY JURY**

Respectfully submitted,
Bouchra Abouyassine,
By her attorney,

_____
Richard J. Grahn, (BBO # 206620)
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

## CERTIFICATE OF SERVICE

I, Richard J. Grahn, hereby certify that on this 20th day of March, 2009, I served a copy of the foregoing by first class mail, postage pre-paid, on: Mary Murrane, Esq., United States Attorney, United States Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210.

_____
Richard J. Grahn